IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>               Plaintiff,<br><br>    vs.<br><br>SGT. SHAWN MILLIKAN, in his<br>individual capacity; and ANDY TRAN,<br>in his individual capacity;<br><br>               Defendants. | **4:18CV3115**<br><br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Defendants' Motion to Extend Progression Deadlines. (Filing No. 41.) Defendants ask the court to extend the current progression deadlines by forty-five (45 days) after the entry of a ruling on Defendants' recently filed Partial Motion to Dismiss. (Filing No. 39.) Defendants' motion seeks dismissal of some of the purported claims raised in Plaintiff's Amended Complaint (filing no. 37) and of all claims against Defendant Millikan. As a ruling on the pending Partial Motion to Dismiss will clarify both the issues and parties to this case,

IT IS THEREFORE ORDERED:

1.    Defendant's Motion to Extend Progression Deadlines (filing no. 41) is granted.

2.    The deadlines related to the Amended Order Setting Schedule for Progression of Case (filing no. 38) are suspended until further order of the court. The court will enter new progression deadlines after a ruling can be made on Defendants' Partial Motion to Dismiss.

3.     The Final Pretrial Conference scheduled for August 10, 2020, is continued until further order of the court.

4.     The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 7th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge