IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN, | |
| Plaintiff, | **4:18CV3115** |
| vs. | |
| SGT. SHAWN MILLIKAN, in his individual capacity; and ANDY TRAN, in his individual capacity; | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the court on correspondence from Plaintiff which the court construes as a motion for copies. (Filing No. 49.) Plaintiff seeks "a file stamped copy of any and all documents filed" in this case. (*Id.*) The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y.1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir.1973)). If Plaintiff requires copies of court documents, he should contact the clerk's office to determine the proper method of requesting and paying for copies. Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's correspondence, construed as a motion for copies (filing no. 49), is denied.

Dated this 27th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge