IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>        Defendant. | **4:18CV3115**<br><br>**ORDER** |

      This matter is before the court on Plaintiff's and Defendant's motions (filings 55 & 56) seeking extensions of the progression deadlines previously set in the court's Progression Order (filing 54). Defendant specifically seeks to extend all progression deadlines by 60 days. Upon consideration,

      IT IS ORDERED that:

      1.    Plaintiff's motion for extension (filing 55) and Defendant's motion to extend progression deadlines (filing 56) are granted.

      2.    The deadlines related to the previously filed Order Setting Schedule for Progression of Case (filing 54) are suspended until further order of the court.

      3.    The Final Pretrial Conference scheduled for July 13, 2021, is continued until further order of the court.

      4.    The court will enter an amended progression order extending the progression deadlines by 60 days.

Dated this 5th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge