IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESUS BROWN, | |
|---|---|
| Plaintiff, | 4:18CV3115 |
| vs. | ORDER |
| ANDY TRAN, in his individual capacity; | |
| Defendant. | |

This matter is before the court on Defendant Andy Tran's motion (Filing 66) seeking extensions of the progression deadlines previously set in the court's Progression Order (Filing 58). Defendant specifically seeks to extend all progression deadlines by 60 days. Upon consideration,

IT IS ORDERED that Defendant's motion to extend progression deadlines (Filing 66) is granted and the unexpired deadlines in the third amended progression schedule will be extended accordingly. The court will enter an amended progression order extending the unexpired progression deadlines by 60 days.

Dated this 3rd day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge