IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>　　　　　　Defendant. | **4:18CV3115**<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the court on Defendant's Motion to Seal Exhibit. (Filing 75.) Defendant asks this court to enter an order pursuant to Fed. R. Civ. P. 5.2(d) and NECivR 7.5 sealing what will be marked and offered as Exhibit 11 of the Index of Evidence (filing 77) in support of his Motion for Summary Judgment (filing 76) because the exhibit contains confidential and sensitive information. Upon consideration,

　　　　IT IS ORDERED that:

　　　　1.　　Defendant's Motion to Seal Exhibit (filing 75) is granted.

　　　　2.　　Plaintiff is advised that he has until September 20, 2021, to file and serve his brief in opposition to Defendant's summary judgment motion.

　　　　3.　　The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 20, 2021**: check for Plaintiff's brief.

Dated this 8th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge