IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>    Defendant. | 4:18CV3115<br><br>**ORDER** |

Upon consideration,

IT IS ORDERED that: Defendant's Motion for Withdrawal of Counsel (filing 84) is granted. Assistant Attorney General Phoebe L. Gydesen is removed as counsel of record in this matter.

Dated this 1st day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge