IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>        Defendant. | **4:18CV3115**<br><br>**ORDER** |

IT IS ORDERED that:

1. Defendant's Motion to Extend Deadline to File Reply Brief (filing 86) is denied as moot. Defendant timely filed his Reply Brief (filing 88) on October 22, 2021.

2. Defendant's Motion to Strike and Motion for Leave to Amend or Supplement Summary Judgment Record (filing 87) is granted. The incomplete Declaration of Tammy Kluver, Filing 77-4, is stricken from the court record. Defendant is given leave to amend or supplement the summary judgment record with a signed copy of the Declaration of Tammy Kluver. Defendant shall file such amendment or supplement promptly.

3. Upon Defendant's filing of the amendment or supplement to the summary judgment record, the court shall consider Defendant's Motion for Summary Judgment (filing 76) fully submitted and ripe for disposition. The court shall consider Defendant's Motion to Strike (filing 89) in conjunction with the Motion for Summary Judgment.

2

Dated this 1st day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge