IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>　　　　　　Defendant. | 4:18CV3115<br><br>**ORDER** |

In light of the pending dispositive Motion for Summary Judgment (filing 76) which raises the issue of qualified immunity from suit,

IT IS ORDERED:

1. The deadlines related to the Final Pretrial Conference Order (filing 68) are suspended until further order of the court;

3. The Final Pretrial Conference scheduled for November 15, 2021, is continued until further order of the court; and

4. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 1st day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge