IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDY TRAN, in his individual capacity;<br><br>    Defendant. | 4:18CV3115<br><br><br>**ORDER** |

  This matter is before the court on Plaintiff's Motion for Status. (Filing 94.) Plaintiff's motion is granted. The court advises Plaintiff that Defendant's Motion for Summary Judgment (filing 76) is ripe for disposition and the court is currently considering the briefs and exhibits submitted by the parties and will issue a decision in due course. In reviewing Defendant's summary judgment motion, the court has been unable to view sealed Exhibit 11, the video footage of the March 18, 2017 incident at issue in this case, as it does not appear to be in a format compatible with the court's available media-viewing technology. Accordingly, the court will give Defendant 20 days to advise the court whether Exhibit 11 can be provided in a different format viewable by the court or whether other arrangements can be made to allow the court to view Exhibit 11.

  IT IS THEREFORE ORDERED that:

  1.  Plaintiff's Motion for Status (filing 94) is granted.

  2.  By **April 20, 2022**, Defendant shall advise the court whether Exhibit 11 can be provided in a different format viewable by the court or whether other arrangements can be made to allow the court to view Exhibit 11.

3. The clerk of court is directed to set a pro se case management deadline in this case using the following text: **April 20, 2022**: deadline for Defendant's response regarding Exhibit 11.

Dated this 31st day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge